# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7153**  **September Term, 2007**

07cv01769

**Filed On: January 17, 2008**

[1093083]
Kareemah Yasmina Bell,
    Appellant

v.

Superior Court for the District of Columbia, Clerk's Office and U.S. Marshals for the District of Columbia Superior Court, Moultrie Courthouse,
    Appellees



## ORDER

    By order filed October 31, 2007, directing appellant to file her brief and appendix to this court, by December 10, 2007. The order was sent to appellant by certified mail, return receipt requested, and by first class mail. Appellant received and signed for the order on November 8, 2007. To date, appellant has not complied with the Court's order. Upon consideration of the foregoing, it is

    **ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Elizabeth V. Scott
Deputy Clerk

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk